■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MYRIAM PATRICE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Aiello, J.), rendered June 20, 1984, convicting her of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power we are satisfied that the evidence was of sufficient quantity and quality to establish the defendant's guilt beyond a reasonable doubt. The credibility of a witness is a matter to be determined primarily by the trier of fact *(People v Bauer,* 113 AD2d 543, *appeal denied* 67 NY2d 648, 67 NY2d 880) and the jury may choose to believe a witness even if his testimony contains inconsistencies *(People v Cook,* 99 AD2d 552). The People were not required to rebut evidence presented by the defendant which was contradictory to the People's case *(see, People v Roudabush,* 123 AD2d 649). Bracken, J. P., Brown, Niehoff and Kooper, JJ., concur.